## ALLES ET AL. *v.* CITY OF NEW ALBANY.

[Nos. 21,691 to 21,705, inclusive. Filed February 24, 1911.]

From Floyd Circuit Court; *William C. Utz,* Judge.

Prosecutions by the City of New Albany against Rudolph Alles and another. From judgments for plaintiff, defendants appeal. *Affirmed.*

*Alexander Dowling,* for appellants.

PER CURIAM.—Appellant Alles has prosecuted an appeal in fourteen cases, and appellant Smith, in one case, all against the same appellee. The causes, on motion of appellants, consented to by appellee, and on order of the court, were consolidated. The appeals were perfected and appellants' briefs filed before the decision in *Smith* v. *City of New Albany* (1911), *ante,* 279. The questions involved are the same in each case as those presented in that case, and upon its authority the judgment is affirmed in each of the cases.